**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JARRED K. CAVANAUGH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **No. 3:25-cv-1291** |
| | ) |
| **SOCIAL SECURITY** | ) |
| **ADMINISTRATION,** | ) |
| | ) |
| **Defendant.** | ) |

**<u>ORDER</u>**

Before the Court is the Report and Recommendation by Magistrate Judge Jeffery S. Frensley ("R&R") (Doc. No. 20) recommending that the Court grant in part Plaintiff's motion for fees (Doc. No. 14) and award Plaintiff $6,223.92 consisting of $5,818.92 in EAJA fees and $405.00 in costs. The R&R, issued on May 14, 2026, notified Defendant that any objections must be filed within fourteen days. (Doc. No. 20 at 3). Defendant did not object to the R&R. Because Defendant lodged no objections to the R&R, the Court reviews it for clear error only. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). And the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R (Doc. No. 20) in its entirety. The motion for fees (Doc. No. 14) is **GRANTED in PART**. The Clerk shall enter judgment in favor of Plaintiff in the amount of **$6,223.92** consisting of $5,818.92 in EAJA fees and $405.00 in costs.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE